IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00007-LTB

STEVEN R. WILSON,

    Applicant,

v.

PAMELA PLOUGH, and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO] JOHN W. SUTHERS,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 18, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 18 day of April, 2013.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk

    By: s/ S. Grimm
        Deputy Clerk